UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS T. MCDOUGLE and ROSEMARIE TAYLOR, for themselves and other similarly situated employees<br>    Plaintiffs<br><br>v.<br><br>DAKOTA OF ROCKY HILL, LLC<br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO.: 3:17-CV-00245-SRU<br><br><br><br><br><br><br><br>JANUARY 6, 2020 |

## MOTION FOR JUDGMENT ON FEDERAL CLAIMS

Pursuant to Federal Rules of Civil Procedure 54 and 58, Defendant, Dakota of Rocky Hill, LLC ("Dakota"), hereby requests that the Court enter judgment in its favor on Plaintiffs' Fair Labor Standards Act ("FLSA") claims contained in Counts Two and Three of the Amended Complaint dated March 20, 2017.  Although Plaintiffs' Motion (Docket Entry No. 109) and this Court's latest Order (Docket Entry No. 113) granting Plaintiffs' Motion make clear that Plaintiffs' two FLSA claims are dismissed from the case with prejudice, Dakota respectfully requests that this Court enter judgment on those federal claims.  In support of this Motion, Dakota states as follows:

1. In its September 30, 2019 ruling on Plaintiffs' Motion for Conditional Certification, this Court concluded that Plaintiffs' FLSA notice claims contained in Count Three "fail on the merits."  (*See* Docket Entry No. 106, p. 12.)

2. On November 13, 2019, Plaintiffs requested that this Court dismiss their FLSA 80/20 claims contained in Count Two with prejudice.  (Docket Entry Nos. 109, 110.)   Plaintiffs

requested such dismissal "[i]n light of the tenuous state of the law . . . and evidence obtained in discovery." (Docket Entry No. 109.00, 110.00, p. 3.)

3. On January 6, 2020, this Court granted Plaintiffs' Motion to Dismiss for Lack of Jurisdiction as without the FLSA claims contained in Counts Two and Three, only state law claims remained in the case. (Docket Entry No. 113.)

\*     \*     \*

WHEREFORE, because this Court found that Plaintiffs' FLSA notice claims contained in Count Two have "no merit" and Plaintiffs conceded that their FLSA 80/20 claims in Count Three also should be dismissed with prejudice, Dakota respectfully requests that this Court enter judgment in favor of Dakota on both FLSA counts.

Respectfully submitted
DAKOTA OF ROCKY HILL, LLC

By:  */s/ Allison P. Dearington*
David R. Golder (ct27941)
Allison P. Dearington (ct 29277)
Jackson Lewis P.C.
90 Statehouse Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
David.Golder@jacksonlewis.com
Allison.Dearington@jacksonlewis.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on January 6, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                   */s/ Allison P. Dearington*
                                                    Allison P. Dearington