## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THOMAS T. MCDOUGLE AND
ROSEMARIE TAYLOR,

        Plaintiffs,                    Case No. 3:17cv245 (SRU)

v.

DAKOTA OF ROCK HILL, LLC,

        Defendant.

## **JUDGMENT**

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of Defendant's Motion to Dismiss (Doc. 109); and

The Court having considered the full record of the case including applicable principles of law, on January 6, 2020, entered a ruling granting the motion; it is therefore

ORDERED, ADJUDGED and DECREED that Judgment is entered for the defendant against the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 7th day of January, 2020.

                                            ROBIN D. TABORA, CLERK

                                            By:  /s/ Susan Imbriani
                                                    Susan Imbriani
                                                    Deputy Clerk

EOD: 1/7/20